UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERNEST BLAIR, ESQ. - NJ ATTORNEY ID NO. 036071983
LAW OFFICES OF KARIM ARZADI
163 Market Street
Perth Amboy, New Jersey 08861
(732) 442-5900
Attorney for Plaintiff

| | | |
|---|---|---|
| FATEMAH ARAB, | : | Civil Action No.: |
| Plaintiffs, | : | |
| vs. | : | |
| GERALD J. BOSITS, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, JOHN DOES 1-10 (fictitious names), JANE ROES 1-10 (fictitious names) and ABC COMPANIES 1-10 (fictitious names), | : | COMPLAINT |
| Defendants. | : | |

## I. Parties

1. Plaintiff, Fatemeh Arab, residing at 91 Goodwin Drive, North Brunswick, New Jersey 08902.

2. Defendant, Gerald J. Bosits, residing at 168 Rowland Avenue, Clifton, New Jersey 07012.

3. United States Postal Service, is a government/agent/department of the United States of America, with a location of 811 Paulison Avenue, Clifton, New Jersey 07011.

## II. Jurisdiction

28 U.S.C. section 1346(b)

4. This case is brought under the Federal Tort Claims Act and jurisdiction is predicated, pursuant to 28 U.S.C. section 1346 (b).

5. In accordance with 28 U.S.C. section 2401 (b) and 39 C.F.R.

912.9(a) an administrative claim was presented to the United States Postal Service.

### III. Venue

28 U.S.C. section 1402(b)

6. Plaintiff resides at 91 Goodwin Drive, North Brunswick, New Jersey 08902.

7. Therefore, pursuant to 28 U.S.C. Section 1402(b) venue lies in the District of New Jersey.

### FIRST COUNT

1. On or about December 24, 2018, the Plaintiff, Fatemeh Arab, was the operator of a motor vehicle which was proceeding in a westerly direction on Allwood Road at or near its intersection with Mt. Prospect Avenue, in the City of Clifton, County of Passaic and State of New Jersey.

2. At the time and place aforesaid, the Defendant, United States Postal Service, a government entity/agent/department of the United States of America was the owner of a motor vehicle which was being operated by its agent, servant, and/or employee the Defendant, Gerald J. Bosits, which was proceeding in a southerly direction along Mt. Prospect Avenue at or near its intersection with Allwood Road, in the City of Clifton, County of Passaic and State of New Jersey.

3. At the time and place aforesaid, the Defendant(s) John Does 1-10 and/or ABC Companies, Inc. 1-10 (fictitious names) was/were the owner(s) of a certain motor vehicle(s) which was/were being operated by his/her/its agent(s), servant(s) and/or employee(s), the Defendant(s), Jane Roes 1-10 (fictitious names), along the aforesaid roadway(s).

4.   The aforesaid Defendant(s) John Does 1-10, Jane Roes 1-10 and/or ABC Companies, Inc. 1-10, are fictitious names intended to identify any and all parties including individuals, corporations and/or other entities whose identities are presently unknown to the Plaintiff who together with the named Defendants, were the owners and/or operators of vehicles upon the aforesaid roadways and whose negligence contributed to Plaintiff's injuries.

5.   At the time and place aforesaid, the Defendants, or either of them, so negligently operated and/or maintained and/or controlled their motor vehicles as to cause same to strike and collide with the vehicle which the Plaintiff, Fatemeh Arab, was operating.

6.   As the direct and proximate result of the aforesaid negligence of the Defendants, the Plaintiff, Fatemeh Arab, sustained serious and permanent physical injuries, suffered, still suffers and will continue to suffer from great physical pain and mental anguish, was confined, is and will continue to be so confined, was obliged, still is, and will in the future be obligated to expend large sums of money for medical and other needed care of the aforesaid injuries, was prevented, is, and will in the future be prevented from pursuing her usual course of conduct and employment and in the future will be caused great pain and suffering, to her great loss and damage.

**WHEREFORE**, the Plaintiff, Fatemeh Arab, demands judgment against the Defendants, United States Postal Service, a government entity/agent/department of the United States Of America, Fatemeh Arab, John Does 1-10 (fictitious names), Jane Roes 1-10 (fictitious names), and ABC Companies, Inc. 1-10 (fictitious names), either individually, jointly and/or severally, for damages, together with interest and

costs of this suit.

|  |  |
|---|---|
| Dated: October 23, 2020 | LAW OFFICES OF KARIM ARZADI<br>_____<br>**ERNEST BLAIR, ESQ.**<br>Attorney for Plaintiff |

## **DEMAND FOR TRIAL BY JURY**

The Plaintiff demands a trial by jury as to all issues herein.

|  |  |
|---|---|
| Dated: October 23, 2020 | LAW OFFICES OF KARIM ARZADI<br>_____<br>**ERNEST BLAIR, ESQ.**<br>Attorney for Plaintiff |